The application is denied. There appears no error of law in the judgment complained of.

206 So.2d 94

**Francis Monroe MARCUS**

**v.**

**KANSAS CITY SOUTHERN RAILROAD COMPANY.**

**No. 49046.**

Feb. 2, 1968.

Writ refused. We find no error of law in the judgment of the court of appeal.

206 So.2d 94

**Robert W. HINEGARDNER et ux.**

**v.**

**DICKEY'S POTATO CHIP COMPANY, Inc., et al.**

**No. 49048.**

Feb. 2, 1968.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in the judgment.